ARNOLD R. KRAKOWER, Appellant, *v.* HELEN KRAKOWER, Respondent.

Argued June 7, 1943; decided July 20, 1943.

*Charles C. Peters* for appellant.

*Henry Cohen* and *Lazarus Joseph* for respondent.

Judgment affirmed, without costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ.